BETH W. MORA, ESQ., BAR NO.: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278

Attorneys for Plaintiff ROGER WORKING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WORKING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLACK & DECKER (U.S.) INC., a corporation;<br>PORTER-CABLE CORPORATION, a corporation;<br>PENTAIR TOOL AND EQUIPMENT SALES CO., a corporation,<br><br>　　　　Defendants. | NO. C05-01398 JSW<br><br>**DECLARATION OF BETH W. MORA IN SUPPORT OF REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>DATE:　　August 5, 2005<br>TIME:　　1:30 p.m.<br>CTRM:　　2, 17th Floor |

I, BETH MORA, do hereby declare as follows:

1.　　I am over the age of 18 and am an attorney with the Law Offices of Lucius A. Cooper, counsel of record for the Plaintiff, ROGER WORKING, and have personal knowledge of the facts contained herein.

2.　　This matter is set for an initial case management conference on August 5, 2005 at 1:30 p.m. before the Honorable Jeffrey S. White.

3.　　I recently sustained an injury to my right foot and am currently in a removable cast. My physician has instructed me to limit my mobility, including driving of any distance, in order to avoid sustaining further injury to my foot and to avoid pain.

4.　　Although it has always been my practice to personally attend an initial case management

DECLARATION OF BETH W. MORA IN SUPPORT
OF REQUEST TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. C05-01398 JSW

conference, based on my foot injury, I am hereby requesting to be allowed to appear telephonically.

    5.    If the Court permits me to appear telephonically at the initial case management conference, I can be contacted at the following telephone number: (925) 820-8949.

Respectfully submitted,

DATED: August 1, 2005        LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation

By: __/s/_____
BETH W. MORA
Attorneys for Plaintiff
ROGER WORKING

[PROPOSED] ORDER

IT IS HEREBY ORDERED.

Plaintiff's counsel, Beth W. Mora, shall be permitted to appear telephonically at the case management conference on August 5, 2005 at 1:30 p.m., with the Court initiating the call to Plaintiff's counsel.

DATED: August 3, 2005       By: _____/s/ Jeffrey S. White_____
UNITED STATES DISTRICT JUDGE

DECLARATION OF BETH W. MORA IN SUPPORT
OF REQUEST TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. C05-01398 JSW        2