WINSTON & STRAWN LLP
LEE T. PATERSON (SBN 41004)
AMANDA C. SOMMERFELD (SBN: 185052)
NICOLE M. DENOW (SBN: 231722)
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel.: (213) 615-1700; Fax:   (213) 615-1750
E-mail:      asommerf@winston.com

Attorneys For Defendants
BLACK & DECKER (U.S.) INC. and
PORTER-CABLE CORPORATION

LAW OFFICES OF LUCIUS A. COOPER
BETH W. MORA (SBN 208859)
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583
Tel.: (925) 820-8949; Fax:   (925) 820-0278
E-mail:      bmora@cooperlawoffice.com

Attorneys for Plaintiff ROGER WORKING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WORKING, | Case No. C05-01398 JSW |
| | HON. JEFFREY S. WHITE |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER FOR CONTINUANCE OF** |
| | **SETTLEMENT CONFERENCE** |
| BLACK & DECKER (U.S.) INC.; | **COMPLETION DATE** |
| PORTER-CABLE CORPORATION; | |
| and PENTAIR TOOL AND | SETTLEMENT CONF. DATE: 11/3/05 |
| EQUIPMENT SALES CO., | COMPLETION DATE: 11/7/05 |
| | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE COMPLETION DATE**

Plaintiff Roger Working ("Plaintiff") and Defendants Black & Decker (U.S.) Inc. and Porter-Cable Corporation ("collectively Defendants") jointly submit this Stipulation and [Proposed] Order For a Continuance of Settlement Conference Completion Date. The parties, by and through the undersigned stipulate to the following:

1. The settlement conference was previously set for November 3, 2005, and the settlement conference completion date was previously set for November 7, 2005.

2. Counsel for defendants confirmed the date with defendants.

3. The defendants' representative, Claude Kelly, recently attempted to schedule his travel from Tennessee to San Francisco for the conference and back again. Mr. Kelly learned that he could not make his travel arrangements back to Tennessee in time to board his flight to the Caribbean on November 4, 2005, for his preplanned vacation. He could not change his vacation flight plans for a later departure.

4. Although counsel for defendants has been registered for electronic court filings since approximately mid-May 2005, counsel for defendants has not received any electronic notices from the Court. Consequently, counsel for defendants did not receive the Court's Order Scheduling Trial and Pretrial Matters (signed August 8, 2005), or the Clerk's Notice of Settlement Conference, including Magistrate Judge Wayne D. Brazil's Settlement Conference Standing Order (signed September 15, 2003), until it was downloaded from PACER today. As a result, defendants did not have notice of the requirements in those documents, including rules for submission of settlement conference statements. Defendants' counsel has contacted the ECF help desk for assistance.

5. Defendants' counsel has informed the Magistrate's clerk and the Magistrate Judge is holding December 5, 2005, at 2:00 p.m., for a rescheduled settlement conference, which date is available for all parties and counsel.

1

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE COMPLETION DATE

6. The parties request that the settlement conference completion date be extended beyond December 5, 2005, so that the parties may reschedule the settlement conference.

Dated: October 25, 2005

WINSTON & STRAWN LLP
LEE T. PATERSON
AMANDA C. SOMMERFELD
NICOLE M. DENOW

By: _____
      Amanda C. Sommerfeld

Attorneys for Defendants
BLACK & DECKER (U.S.) INC. and
PORTER-CABLE CORPORATION

Dated: October 25, 2005

LAW OFFICES OF LUCIUS A. COOPER
BETH W. MORA

By: _____
      Beth W. Mora

Attorneys for Plaintiff
ROGER WORKING

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the settlement conference completion date shall be continued to December __, 2005.

Dated: _____

The Honorable Jeffrey S. White
Untied States District Court Judge

2

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE COMPLETION DATE**

6. The parties request that the settlement conference completion date be extended beyond December 5, 2005, so that the parties may reschedule the settlement conference.

Dated: October ___, 2005

WINSTON & STRAWN LLP
LEE T. PATERSON
AMANDA C. SOMMERFELD
NICOLE M. DENOW

By: _____
Amanda C. Sommerfeld

Attorneys for Defendants
BLACK & DECKER (U.S.) INC. and
PORTER-CABLE CORPORATION

Dated: October 25, 2005

LAW OFFICES OF LUCIUS A. COOPER
BETH W. MORA

By: _____
Beth W. Mora

Attorneys for Plaintiff
ROGER WORKING

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the settlement conference completion date shall be continued to December 6, 2005. The Court FURTHER ORDERS that the Case Management Conference is CONTINUED from December 2, 2005 to December 16, 2005 at 1:30 p.m.

Dated: October 26, 2005

_____
The Honorable Jeffrey S. White
Untied States District Court Judge

2
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE COMPLETION DATE