```
WINSTON & STRAWN LLP
LEE T. PATERSON (SBN: 41004)
AMANDA C. SOMMERFELD (SBN: 185052)
NICOLE M. DENOW (SBN: 231722)
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone:  213-615-1700
Facsimile:  213-615-1750
Email: lpaterso@winston.com

Attorneys for Defendants
BLACK & DECKER (U.S.) INC. AND
PORTER-CABLE CORPORATION

LAW OFFICES OF LUCIUS A. COOPER
BETH W. MORA (SBN: 208859)
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone:  925-820-8949
Facsimile:  925-8200278
Email:  bmora@cooperlawoffice.com

Attorneys for Plaintiff
ROGER WORKING
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WORKING, | Case No. C-05-01398 JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| BLACK & DECKER (U.S.) INC.; PORTER-CABLE CORPORATION; and PENTAIR TOOL AND EQUIPMENT SALES CO., | |
| Defendants. | |

1

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties to this litigation, Plaintiff Roger Working ("Plaintiff"), Black & Decker (U.S.) Inc. ("Black & Decker") and Porter-Cable Corporation ("Porter-Cable")(collectively, the "Parties") hereby agree and stipulate as follows:

### RECITALS

WHEREAS, Plaintiff filed a Complaint on April 5, 2005, in the United States District Court for the Northern District of California, Case No. C05-01398;

WHEREAS, a Case Management Conference is scheduled for December 16, 2005 in the above-referenced matter;

WHEREAS, the Parties reached a settlement in the above-referenced matter on December 5, 2005;

WHEREAS the Parties are currently drafting a Settlement Agreement and Stipulation to Dismiss in the above-referenced matter;

WHEREAS, the Parties agree that additional time is needed to finalize the Settlement Agreement and file the Stipulation to Dismiss in the above-referenced matter.

NOW, THEREFORE, based upon the foregoing, Plaintiff, Black & Decker and Porter-Cable, through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

## AGREEMENT

The Case Management Conference scheduled for December 16, 2005 shall be continued until January 27, 2006 to provide the Parties an opportunity to execute an agreed upon Settlement Agreement and file a Stipulation to Dismiss with Prejudice in the above referenced matter.

Dated: December 14, 2005

LAW OFFICES OF LUCIUS A. COOPER

By: *Beth W. Mora*
Beth W. Mora

Attorneys for Plaintiff
ROGER WORKING

Dated: December 14, 2005

WINSTON & STRAWN LLP

By: _____
Amanda C. Sommerfeld

Attorney for Defendants
BLACK & DECKER (U.S.) INC. and PORTER-CABLE CORPORATION

IT IS SO ORDERED.

Dated: _____, 2005

_____
THE HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

## AGREEMENT

The Case Management Conference scheduled for December 16, 2005 shall be continued until January 27, 2006 to provide the Parties an opportunity to execute an agreed upon Settlement Agreement and file a Stipulation to Dismiss with Prejudice in the above referenced matter.

Dated: December 14, 2005          LAW OFFICES OF LUCIUS A. COOPER

                                  By_____
                                      Beth W. Mora

                                  Attorneys for Plaintiff
                                  ROGER WORKING

Dated: December 14, 2005          WINSTON & STRAWN LLP

                                  By_____
                                      Amanda C. Sommerfeld

                                  Attorney for Defendants
                                  BLACK & DECKER (U.S.) INC. and PORTER-
                                  CABLE CORPORATION

IT IS SO ORDERED.

Dated: December 16, 2005          _____
                                  THE HON. JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE

---

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**