| | |
|---|---|
| 1 | BETH W. MORA, ESQ.  BAR NO.: 208859 |
| 2 | LAW OFFICES OF LUCIUS A. COOPER<br>A Professional Corporation |
| 3 | 18 Crow Canyon Court, Suite 145<br>San Ramon, California  94583 |
| 4 | Telephone:  (925) 820-8949<br>Facsimile:  (925) 820-0278 |
| 5 | Attorneys for Plaintiff |

LEE T. PATERSON, BAR NO.: 185052
AMANDA C. SOMMERFELD, BAR NO.: 185052
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone:     (213) 615-1700
Facsimile:      (213) 615-1750

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROGER WORKING, | ) NO. C05-01398 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION & [PROPOSED] ORDER** |
| vs. | ) **FOR DISMISSAL** |
| BLACK & DECKER (U.S.) INC., a corporation;<br>PORTER-CABLE CORPORATION, a corporation;<br>PENTAIR TOOL AND EQUIPMENT SALES CO., a corporation, | ) |
| Defendants. | ) |

WHEREAS the parties to this action have fully and finally resolved all issues set forth in this case:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to F.R.C.P. 41(a)(1);

///

STIPULATION & [PROPOSED] ORDER FOR DISMISSAL
CASE NO.  C05-01398 JSW

IT IS FURTHER STIPULATED by and between the parties through their designated counsel that each party shall bear their own attorneys' fees and costs of suit.

DATED: January 18, 2006        By:  /s/
                                    BETH W. MORA
                                    LAW OFFICES OF LUCIUS A. COOPER
                                    Attorneys for Plaintiff

DATED: January 18, 2006        By:  /s/
                                    AMANDA C. SOMMERFELD
                                    WINSTON & STRAWN LLP
                                    Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: January 26, 2006        By:  _Jeffrey S. White_
                                    UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER FOR DISMISSAL
CASE NO. C05-01398 JSW                          2